**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

February 4, 2015

Hon. Fela B. Olivarez
Law Office of Fela B. Olivarez
P.O. Box 3538
Pharr, TX 78502
* DELIVERED VIA E-MAIL *

Hon. Juan Ramon Partida
Judge, 275th District Court
100 N Closner Blvd., 2nd Floor
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Harold Kenneth Tummel
Tummel & Casso
4430 S. McColl Rd
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Marcel C. Notzon III
The Notzon Law Firm
415 Shiloh Drive, Suite B
Laredo, TX 78045
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00166-CV
Tr.Ct.No. C-2559-12-E
Style:   Jose Marcos Montalvo, Individually and Marcos Montalvo d/b/a Montalvo
         Roofing & Construction v. Adolfo Vela, Individually and Adolfo Vela d/b/a
         Adelco Enterprises

　　　　Enclosed please find copy of an order issued by this Court on this date.  The appellant's motion to disqualify opposing counsel is this date CARRIED with the case.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    Hon. Laura Hinojosa, Hidalgo County District Clerk

       Ms. Dahlia Robledo, Court Reporter